IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LONNIE L. JORDAN                                                                PLAINTIFF

V.                                                                        NO. 4:11CV106-P-V

ALBERT FIRST, et al.                                                           DEFENDANTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the Plaintiff's complaint is DISMISSED. This matter is CLOSED.

IT IS SO ORDERED.

THIS the 3rd day of October, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE